MICHAEL W. FOSTER (State Bar No. 127691)
KATE S.M. PITZAK (State Bar No.310170)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952
Email: mfoster@fosteremploymentlaw.com
Email: kpitzak@fosteremploymentlaw.com

Attorneys for Defendant
SODEXO, INC.
SODEXO OPERATIONS, LLC


ANTHONY M. PEREZ, JR. (State Bar No. 113041)
PEREZ LAW OFFICES
455 Capitol Mall, Suite 231
Sacramento, California 95814
Tel: (916) 441-0500
Fax: (916) 441-0555
Email: aperez@perezlawoffices.com

Attorney for Plaintiff
ROBERT PASOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PASOS, | Case No. 4:18-cv-03541-KAW |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES – PRIVATE MEDIATION** |
| vs. | |
| SODEXO; SODEXO USA; SODEXO OPERATION LLC; CATHERINE TABAKA; and DOES 1 THROUGH 50, INLCUSIVE, | Judge: Hon. Kandis A. Westmore |
| Defendant. | |

Pursuant to Local Rule 7-12 Plaintiff Robert Pasos and Defendants Sodexo, Inc., and Sodexo Operations, LLC hereby stipulate and agree as follows:

WHEREAS, the Court's June 14, 2018, Order Setting Initial Case Management Conference and ADR Deadlines (Docket #3) set the Initial Case Management Conference for September 11, 2018 and the deadline to exchange initial disclosures on September 4, 2018;

1

FOSTER employment law
3000 Lakeshore Avenue
Oakland, California 94610

WHEREAS, Defendants Sodexo, Inc., and Sodexo Operations, LLC hereby make an initial appearance in this case on this date;

WHEREAS, on July 16, 2018, the parties agreed to and scheduled an early private mediation for September 10, 2018, with mediator Patricia Gillette.

WHEREAS, if this case does not resolve during mediation, Defendants will seek an Order by this Court to compel arbitration and will request a stay of the action pending the outcome of said arbitration;

WHEREAS, the parties have not previously requested a continuance of the initial case management conference in this case;

WHEREAS, neither the parties nor the Court will be prejudiced by the requested continuance of the initial case management conference.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED to respectfully request the Court to continue the Initial Case Management Conference (and related deadlines) to Tuesday October 9, 2018, or the next available date provided by the Court.

Pursuant to Local Rule 5-1(i)(3) Michael W. Foster, the attorney filing this Stipulation and Proposed Order, attests that concurrence in the filing thereof has been obtained from Plaintiff's Counsel Anthony M. Perez.

Dated:  July 18, 2018                          PEREZ LAW OFFICES


By:    _/s/ Anthony M. Perez_____
         ANTHONY M. PEREZ
         Attorney for Plaintiff
         ROBERT PASOS


Dated: July 18, 2018                           FOSTER EMPLOYMENT LAW


By:    _/s/ Michael W. Foster_____
         MICHAEL W. FOSTER
         KATE S.M. PITZAK
         Attorneys for Defendants
         SODEXO, INC.; SODEXO
         OPERATIONS, LLC.

PURSUANT TO STIPULATION, IT IS SO ORDERED: The initial case management conference shall be reset for Tuesday, October 9, 2018.  The joint case management statement is due by October 2, 2018.

DATED: _____7/20/18_____    _____

KANDIS A. WESTMORE
United States Magistrate Judge

**FOSTER**employmentlaw
3000 Lakeshore Avenue
Oakland, California 94610

STIPULATION AND PROPOSED ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE                    CASE NO. 4:18-CV-03541-KAW