MICHAEL W. FOSTER (State Bar No. 127691)
KATE S.M. PITZAK (State Bar No.310170)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952
Email: mfoster@fosteremploymentlaw.com
Email: kpitzak@fosteremploymentlaw.com

Attorneys for Defendants
SODEXO, INC.
SODEXO OPERATIONS, LLC
CATHERINE TABAKA

ANTHONY M. PEREZ, JR. (State Bar No. 113041)
PEREZ LAW OFFICES
455 Capitol Mall, Suite 231
Sacramento, California 95814
Tel: (916) 441-0500
Fax: (916) 441-0555
Email: aperez@perezlawoffices.com

Attorney for Plaintiff
ROBERT PASOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PASOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SODEXO; SODEXO USA; SODEXO OPERATION LLC; CATHERINE TABAKA; and DOES 1 THROUGH 50, INLCUSIVE,<br><br>　　　　Defendant. | Case No. 4:18-cv-03541-KAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Kandis A. Westmore |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED and AGREED by and between Plaintiff ROBERT PASOS and Defendants SODEXO, INC., SODEXO OPERATIONS LLC., and CATHERINE TABAKA that this entire action, including all claims and

1

STIPULATION OF DISMISSAL WITH　　　　　　　　　　　　　　　　　CASE NO. 4:18-CV-03541-KAW
PREJUDICE; [PROPOSED ORDER]

requests for relief, shall be and hereby is DISMISSED in its entirety with prejudice and without costs.

Pursuant to Local Rule 5-1(i)(3) Michael W. Foster, the attorney filing this Stipulation and Proposed Order, attests that concurrence in the filing thereof has been obtained from Plaintiff's Counsel Anthony M. Perez.

IT IS SO STIPULATED.

Dated: September 25, 2018　　　　　　　　　PEREZ LAW OFFICES

By: */s/ Anthony M. Perez*
　　ANTHONY M. PEREZ
　　Attorney for Plaintiff
　　ROBERT PASOS

Dated: September 25, 2018　　　　　　　　　FOSTER EMPLOYMENT LAW

By: */s/ Michael W. Foster*
　　MICHAEL W. FOSTER
　　KATE S.M. PITZAK
　　Attorneys for Defendants
　　SODEXO, INC.; SODEXO
　　OPERATIONS, LLC.; CATHERINE
　　TABAKA

IT IS SO ORDERED.

DATED: 10/1/18　　　　　　　　　　*Kandis Westmore*
　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　United States Magistrate Judge

FOSTER employment law
3000 Lakeshore Avenue
Oakland, California 94610